

# Fourth Court of Appeals
## San Antonio, Texas

December 20, 2016

No. 04-16-00609-CV

Jason Jeremy **MATTHEWS**,
Appellant

v.

Layna Marie **MATTHEWS**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-00535
Honorable Stephani A. Walsh, Judge Presiding

## O R D E R

   The trial court's judgment was signed on September 13, 2016. Appellant Jason Matthews filed a pro se document entitled "Motion for New Trial" in this Court on September 23, 2016 in which he requests this Court to review the evidence and grant a new trial. We construed the document as a notice of appeal pursuant to TEX. R. APP. P. 25.1(a). Accordingly, the clerk's record and the reporter's record are currently due on January 11, 2017.

_____
Rebeca C. Martinez, Justice

   IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of December, 2016.

_____
Keith E. Hottle
Clerk of Court